UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                                CASE NO. 3:08cr61 LAC

TREMAIN HAMILTON

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on ___AUGUST 25, 2008___
Motion/Pleadings ___UNOPPOSED MOTION FOR PHOTOGRAPHIC EVIDENCE___
Filed by ___GOVERNMENT___ on ___8/25/08___ Doc.# ___203___

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated       _____ Joint Pldg.
  X   Unopposed        _____ Consented

                                          WILLIAM M. McCOOL, CLERK OF COURT

                                          *s/Mary Maloy*
LC (1 OR 2)                               Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 26th day of August, 2008, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

                                          *s/L.A. Collier*
                                          **LACEY A. COLLIER**
                                          *Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.