# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

     vs                                                      Case No.3:08cr61LAC

TREMAIN HAMILTON

_____

## ORDER

Your document, **MOTION FOR PUBLIC ACCESS TO LAW LIBRARY WHILE IN CUSTODY AT THE ESCAMBIA COUNTY JAIL**, was referred to the undersigned with the following deficiencies:

> Pursuant to Northern District of Florida Local Rule 11.1(D) Pro Se
> Appearance:  Any party represented in a suit by counsel of record shall
> not thereafter take any step or be heard in the case in proper person,
> absent prior leave of court.

For these reasons, IT IS ORDERED that the Clerk shall return the document to the filing party.

DONE and ORDERED this 5th day of September, 2008.


s/*Lacey A. Collier*
_____
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE