# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA

    vs                                   Case No.3:08cr61LAC

TREMAIN HAMILTON

_____

## ORDER

Your document, **MOTION TO CROSS BILL OF INFORMATION**, was referred to the undersigned with the following deficiencies:

> Pursuant to NORTHERN DISTRICT OF FLORIDA Local Rule 11.1(D)
> Pros Se Appearance: Any party represented in a case by counsel of record shall not thereafter take any step or be heard in the case in proper person, absent prior leave of court.

For these reasons, IT IS ORDERED that the Clerk shall return the document to the filing party.

DONE and ORDERED this 9th day of September, 2008.

                                                     *s/L.A. Collier*
                                                     LACEY A. COLLIER
                                                     SENIOR UNITED STATES DISTRICT JUDGE